**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11619

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

REGINALD LURON GROSS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court

for the Middle District of Florida

D.C. Docket No. 6:13-cr-00188-RBD-LHP-4

_____

Before JILL PRYOR, BRANCH, and BLACK, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Reginald Luron Gross in his appeal from the district court's denial of his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2), has moved to

withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Gross's motion for a sentence reduction is **AFFIRMED**.